UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DAVID ST. DENIS                          JURY TRIAL DEMANDED

v.                                         CASE NO.  3:05CV

NEW HORIZON CREDIT, INC.

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § l692; the Connecticut Creditor Collection Practices Act, Conn. Gen. Stat. § 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder; and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §133l, § 1367.

3. Plaintiff is a natural person who resides in Connecticut.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant has an office at 6535 E 82d St # 106, Indianapolis IN 46250-4518 which was not licensed pursuant to chapter 669 Part XII of the Connecticut General Statutes when communicating in an effort to collect the plaintiff's purported account with Providian.

6. Defendant did not identify the current creditor in its initial collection letter.

FIRST COUNT

7. In the collection efforts, defendant violated the FDCPA, *inter alia*, § 1692e, -f, or -g.

SECOND COUNT

8. Within three years prior to the date of this action Defendant engaged in acts and practices as to plaintiff in violation of the Creditors' Collection Practices Act, §36a-645 *et seq.*, or the Consumer Collection Agency Act, § 36a-800 *et seq.* Conn. Gen. Stat.

9. Defendants committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law or equity may provide.

                                             THE PLAINTIFF

                                             BY__/s/ Joanne S. Faulkner__
                                             JOANNE S. FAULKNER ct04137
                                             123 AVON STREET
                                             NEW HAVEN, CT 06511-2422
                                             (203) 772-0395
                                             j.faulkner@snet.net