UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DAVID ST. DENIS
     v.                                      Civil No.  3:05CV1952 (JBA)

NEW HORIZON CREDIT, INC.

## DEFAULT JUDGMENT

     This action came on for consideration before the Honorable Janet Bond Arterton, U.S.D.J. as a result of the plaintiff's motion to enter default judgment.

     On March 2, 2006, a default was entered against the defendant New Horizon Credit, Inc.   The plaintiff filed a motion for default  judgment which was granted as modified after review and absent objection on July 12, 2006, in the amount of $3,417.05 for damages and attorney's costs and fees  for a total award of $3,417.05.

     Therefore, it is hereby **ORDERED** and **ADJUDGED** that judgment is entered in favor of the plaintiff against the defendant, for a total award of $3,417.05 and the case is closed.

     Dated at New Haven, Connecticut : July 13, 2006

                                                                    KEVIN F. ROWE, Clerk

EOD_____

                                                               _____/S/_____
                                                                   Betty J. Torday
                                                                    Deputy Clerk